# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ANDREW "DREW" CURTISS, ET AL.**                              **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 1:13-cv-00131-SA-DAS**

**RUSTY MCCOY, ET AL.**                                            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the parties, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all claims raised by Plaintiffs in the above-captioned action against Municipal Defendants are hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that all of the Plaintiffs' claims in the above-titled action against the Municipal Defendants are hereby dismissed with prejudice.

SO ORDERED, this the 16th day of November, 2015.

                                                           /s/ Sharion Aycock
                                                           **U.S. DISTRICT JUDGE**